FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2012

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

SHELLBIRD, INC.,                                    )
                                                    )        12-RJ- 2
               Plaintiff,                           )
                                                    )        1:09-cv-1271- SEB-DML
     vs.                                            )
                                                    )
DAN AND MAUREEN GROSSMAN d/b/a                      )
Stone Ridge Arabians,                               )
                                                    )
               Defendants.                          )
_____)
                                                    )
STONE RIDGE ARABIANS, LLC,                          )
                                                    )
               Counter Plaintiff,                   )
                                                    )
     vs.                                            )
                                                    )
SHELLBIRD, INC. and MICHELE PFEIFER,                )
individually and as a member of Shellbird, Inc.,    )
                                                    )
               Counter Defendants.                  )

LAURA A. BRIGGS
CLERK

## ORDER DECLARING CLERK'S CERTIFICATION OF JUDGMENT VOID AB INITIO

On January 27, 2012, the Clerk of this Court issued a "Clerk's Certification of a Judgment

to be Registered in Another District," a copy of which is attached hereto as Exhibit A.  Because the

judgment that the Clerk purported to certify (i.e., the judgment entered in this case on January 23,

2012, at Docket No. 156) has not yet "become final by appeal or expiration of the time for appeal"

as required by 28 U.S.C. § 1963, the Clerk's Certification was erroneously issued and is, therefore,

*void ab initio*.

The Clerk of this Court shall send a certified copy of this Order to the Clerk for the United

States District Court for the District of Colorado.

The parties shall have through and including <u>Monday, April 23, 2012</u>, to notify this Court in writing whether the erroneously issued Clerk's Certification has been filed in any other jurisdictions, state or federal, in attempt to improperly register the Court's January 23, 2012, not yet final judgment in other locales.

IT IS SO ORDERED.

Date: 04/10/2012

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court.
Southern District of Indiana

Copies to:

Electronically registered counsel of record

and

Alfred A. Arraj, Clerk
United States District Court for the District of Colorado
901 19th Street
Denver, Co 80294-3589